IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 93-cv-2368-ZLW

JOHN G. WESTINE,

    Petitioner,

v.

W.A. PERRILL,

    Respondent.

_____

ORDER
_____

    The matter before the Court is Petitioner's Motion For A "Status Report" . . . (Doc. No. 23). This action was dismissed on October 21, 1994, the Court having concluded that Petitioner's 28 U.S.C. § 2241 petition was not proper, and that Petitioner would have to file a petition under 28 U.S.C. § 2255 in the Southern District of Ohio court which sentenced him. A copy of the Court's October 21, 1994, Order Of Dismissal is enclosed herewith. Thus, the status of this action is that it has been dismissed and is no longer pending in this Court.

    DATED at Denver, Colorado, this  14  day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court